HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN JOSE ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-CR-00210 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER ADVANCING ) HEARING |
| vs. | ) |
| JUAN JOSE ORTEGA, | ) Date: October 27, 2014 ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and MEGAN T. HOPKINS, Assistant Federal Defender, counsel for defendant, JUAN JOSE ORTEGA, that the date for status conference may be advanced to October 27, 2014. The date currently set for status conference is November 17, 2014, at 8:30 a.m.

The government's plea offer has been signed and filed. Because there is nothing more to be done prior to the change of plea and sentencing, defendant, JUAN JOSE ORTEGA, requests that the currently set status conference be advanced for change of plea and sentencing.

Assistant U.S. Attorney Mia A. Giacomazzi has no objection to this request. The parties agree that advancing the change of plea and sentencing date in this matter will further the ends of justice.

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 21, 2014     /s/ *Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 21, 2014     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JUAN JOSE ORTEGA

**O R D E R**

IT IS SO ORDERED.

Dated:  **October 21, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE